# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
## CHAPTER 13 PLAN (Individual Adjustment of Debts)

DEBTOR: Andres Rodriguez     JOINT DEBTOR:                     CASE NO.: 15-30469-RAM
Last Four Digits of SS# 4738         Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of  60  months.  In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

　　　A.　　$ 550.00 for months  1 to  60   ; in order to pay the following creditors:

Administrative:　　Attorney's Fee - $ 3,650.00 TOTAL PAID $ 1,500.00  Balance Due $ 2,150.00
　　　　　　　　　payable $ 143.30 /month  (Months  1 to  15)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Vista Trace Multicondo Assn. Inc.,
Address: c/o Frank Perez-Siam, P.A.
7001 SW 87 Court
Miami, FL 33173　　　　　　　　　Regular Payment      $ 298.83/month  (Months  1 to  60)
Case No: 2013-34271-CA-30

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Vista Trace Multicondo Assn. Inc. | 15460 SW 284 Street #4-306<br>Homestead, FL  33023<br>$19,628.49 | None | None | None | Strip off arrearages |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None             Total Due  $_____
　　　　　　　　　Payable     $_____/month  (Months____to ____) Regular Payment $_____

Unsecured Creditors:  Pay $ 52.90/month  (Months 1 to  15) and Pay $196.20/month  (Months 16 to  60).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor is current with secured creditors Real Time

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

　　　/s/Robert Sanchez, Esq.
Attorney for the Debtor                                Joint Debtor
Date: 12/29/2015                                       Date:

LF-31 (rev. 01/08/10)